IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 3-7-16
TIME: 9:45 a.m.
INITIALS: [signature]

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT ERIC DUBOIS,

    Defendant.

Cr. No.: 16-20035

## PLEA AGREEMENT

The United States and the defendant Robert Eric Dubois, hereby enter into the following plea agreement:

1. The defendant agrees to plead guilty to Count 2 of the information filed in this case, charging him with a misdemeanor in violation of 21 U.S.C. § 331(a) and 333(a)(1).

2. The United States will not bring any felony charges against the defendant regarding the distribution of anabolic steroids in the Western District of Tennessee in 2012, 2013, and 2014.

3. This is the entire agreement between the parties.

Respectfully submitted,

EDWARD L. STANTON, III
United States Attorney

*[signature]*

TONY R. ARVIN
Assistant United States Attorney

3/7/16
Date

*[signature]*

ROBERT ERIC DUBOIS
Defendant

3/7/16
Date

*[signature]*

ROBERT PARRIS
Attorney for Defendant

3/7/16
Date